

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Haozhao Song DEFENDANT(S). | CASE NUMBER 17-MJ-2124 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __August 29__, __2017__, at __11:00__ ☑a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/23/17__    _____
U.S. District Judge/Magistrate Judge